Joseph Kagan, appellee, v. Salemonis Andreoni and Eugene Andreoni, trading as Andreoni Brothers, appellants. Gen. No. 31,058.

Action for negligent injury to property. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Murphy O. Tate, for appellants; Leo M. Tarpey, of counsel. Ruekberg & Burr, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Plamondon-Gabriel Company, appellant, v. Emma T. Burt, appellee. Gen. No. 31,068.

Action in contract for labor and material furnished. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

C. M. Caldwell, appellee, v. H. C. Anson, appellant. Gen. No. 31,077.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Robert F. Bradburn, for appellant. Green & Palmer and Oris Barth, for appellee; George E. Martin, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Will W. Hall, defendant in error, v. Chicago Motor Bus Company, plaintiff in error. Gen. No. 30,280.

Action for negligent injury. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed October 5, 1926.

F. J. Canty, for plaintiff in error; George W. Lennon, of counsel. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

P. A. White, trustee of the East Ohio Hotel Company, appellant, v. L. J. Stevens et al., appellees. Gen. No. 30,740.

Bill to recover balance of subscription for shares of corporate stock. Decree for defendants. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Levinson, Hoffman & Rein, for appellant; Theodore E. Rein and Calmon R. Golder, of counsel. Cassels, Potter & Bentley, for appellees; Edwin H. Cassels and Barry Gilbert, of counsel.

Mr. Justice Barnes delivered the opinion of the court.